**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Terry A. SIMPSON, Defendant–Appellant.**

No. 04–40987.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided May 31, 2005.

Jaime Alberto Pena, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Joe J. Monsivais, Assistant Federal Public Defender, Federal Public Defender's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before GARWOOD, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Terry A. Simpson appeals his sentence following his guilty-plea conviction to receipt of child pornography. He renews his claim that the district court erred by adjusting his offense level by four levels under U.S.S.G. § 2G2.2(b)(3) because the factual finding supporting the adjustment was made by the district court and was not made by a jury or admitted by him, thus violating the Fifth and Sixth Amendments under *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403

(2004), and *United States v. Booker*, ——— U.S. ———, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The Government concedes that Simpson's sentence is erroneous after *Booker*, that it cannot prove beyond a reasonable doubt that the district court would have imposed the same sentence if it knew that the guidelines were only discretionary, and that the case should be remanded for resentencing. Simpson's sentence is thus vacated and the case is remanded for resentencing. *United States v. Akpan*, 407 F.3d 360, 374–77 (5th Cir.2005).

VACATED AND REMANDED FOR RESENTENCING.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.